IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CHAMBERS OF
CATHERINE C. BLAKE
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-3220
Fax (410) 962-6836

February 28, 2008

LETTER TO COUNSEL Re:   *Shire LLC v. Colony Pharmaceuticals, Inc., et al.*,
Civil No. CCB-07-718

Dear Counsel:

I have reviewed your recent correspondence regarding Actavis's request made February 8, 2008 to serve supplemental invalidity reports on Shire approximately two months after the December 20, 2007, deadline. Because the delay is not extensive in light of the overall schedule of this litigation, the defenses may be important to Actavis, no trial date has been set, and any specific prejudice can be remedied by a reasonable extension of the expert discovery deadlines, Actavis's request is **Granted**; the two supplemental reports served February 15, 2008 will not be stricken. Counsel should confer and advise me by **March 6, 2008**, whether they have been able to agree on a reasonable adjustment to the discovery deadlines sufficient to allow Shire to take any necessary discovery and respond to the two reports.

In reviewing the file, it appears that a motion for judgment on the pleadings as to one aspect of Shire's complaint (docket entry no. 28) remains pending, as does Colony's Motion to Substitute Parties (docket entry no. 52). In the interests of judicial economy and in light of the progress of the litigation, these motions will be **Denied without prejudice**. If necessary, the issues raised by the motions can be addressed in dispositive motions at the close of discovery. Further, Colony's Motion to Seal (docket entry no. 97) is **Granted**.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Sincerely yours,

/s/

Catherine C. Blake
United States District Judge